UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**NANCY A. MILLER**                          **JUDGMENT IN A CIVIL CASE**

v.

**WAL-MART STORES EAST, LP**                 **CASE NO: 15-1087-A**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Agreed Order Of Dismissal With Prejudice entered on December 28, 2015, this cause is hereby dismissed with prejudice.


**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 1/4/2016**                                         **THOMAS M. GOULD**
                                                          **Clerk of Court**


                                                          **s/Terry L. Haley**
                                                       **(By)   Deputy Clerk**